IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:11CB3000 |
| --- | --- | --- |
| | ) | VIOLATION NO. W0900891 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM KINSER, | ) | MOTION AND ORDER TO |
| | ) | DISMISS |
| Defendant. | ) | |

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and moves the Court to dismiss this matter due to the conviction of the defendant in the District Court of Scottsbluff County, Nebraska in the case entitled *State of Nebraska vs. Willam Kinser*, Case #CR11-0008. The defendant is currently serving a sentene of 18-30 years in the state penitentiary and will not be eligible for parole until 2024.

UNITED STATES OF AMERICA

By:   DEBORAH R. GILG
      United States Attorney, D.NE

And:   s/ *Steven A. Russell*
       STEVEN A. RUSSELL #16925
       Assistant U. S. Attorney
       487 Federal Building
       100 Centennial Mall North
       Lincoln, Nebraska 68508
       Telephone: (402) 437-5241

IT IS SO ORDERED this 4th day of August, 2011.

CHERYL R. ZWART
United States Magistrate Judge